**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Robert E. Coyle
Senior United States District Judge
Fresno, California

                          RE:    Raul Flores ALEMAN
                                   Docket Number: 1:95CR05106-001 REC

Your Honor:

On April 19, 2005, the undersigned submitted a Probation Form 12C requesting that a warrant be issued in Mr. Aleman's behalf. The request was due to his leaving the community corrections center in Bakersfield without permission and his whereabouts being unknown.

Mr. Aleman contacted the probation officer and stated that he is living with his mother located at 21129 Universal Street, Los Hills, California, 93249.

The probation officer would still request that the warrant be issued due to Mr. Aleman's admitted use of heroin and failure to comply with the agreed upon modification of his terms and conditions of supervision pertaining to placement in the Turning Point Community Corrections Center. The undersigned believes that Mr. Aleman is a potential threat to himself and others due to his continued use of heroin.

                                  Respectfully submitted,
                                   /s/ Thomas A. Burgess

                                **THOMAS A. BURGESS**
                                **Senior United States Probation Officer**

Dated:        April 20, 2005
               Bakersfield, California
               TAB:dk

                                   /s/ Rick C. Louviere
**REVIEWED BY:**      _____
                               **RICK C. LOUVIERE, Supervising United States Probation Officer**

cc:      Dawrence W. Rice, Jr.
          Assistant United States Attorney

Re:     Raul Flores ALEMAN
        Docket Number:   1:95CR05106-001 REC

---

**THE COURT ORDERS:**

XXX     The Court Approves

☐       The Court Disapproves

☐       Other:


 **April 20, 2005**                              **/s/ ROBERT E. COYLE**
**Date**                                          **Name of Judicial Officer**